IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Wayne Hammond | : Case No. 17-17205-ELF |
| Jennifer Hammond | : Chapter 13 |

## CERTIFICATION OF SERVICE AND PROOF OF MAILING

    The undersigned, attorney for Debtor, does hereby certify that I did on June 4, 2018, serve U.S. Trustee, Case Trustee and all creditors and interested parties by electronic means or by U.S. regular mail with the Amended Chapter 13 Plan filed on June 4, 2018 for the above-referenced bankruptcy matter.

    I declare under penalty of perjury that the foregoing is correct.

Date: June 4, 2018

s/ John M. Kenney
John M. Kenney, Esquire
308 N. Oxford Valley Road
Fairless Hills, PA  19030