IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Wayne Hammond                : Case No. 17-17205-ELF
        Jennifer Hammond             : Chapter 13

## CERTIFICATION OF SERVICE AND PROOF OF MAILING

    The undersigned, attorney for Debtor, does hereby certify that I did on June 4, 2018, serve U.S. Trustee, Case Trustee and all creditors and interested parties by electronic means or by U.S. regular mail with the Amended Chapter 13 Plan filed on June 4, 2018 for the above-referenced bankruptcy matter. This would include notice to both Counsel and to the PHFA at their 211 North Front St Harrisburg Pa 17101 address as stated on the proof of claim number 5.

    I declare under penalty of perjury that the foregoing is correct.

                                        s/ John M. Kenney
Date: July 9, 2018                   John M. Kenney, Esquire
                                        308 N. Oxford Valley Road
                                        Fairless Hills, PA  19030