# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-17205-ELF

WAYNE R HAMMOND
JENNIFER L HAMMOND
3748 CEDAR CREST ROAD

BENSALEM, PA 19020

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    WAYNE R HAMMOND
    JENNIFER L HAMMOND
    3748 CEDAR CREST ROAD

    BENSALEM, PA 19020

Counsel for debtor(s), by electronic notice only.

    JOHN M KENNEY
    308 N OXFORD VALLEY RD

    FAIRLESS HILLS, PA 19030-

/S/ William C. Miller

Date: 10/9/2018

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee