IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: WAYNE R. HAMMOND : Case No. 17-17205-elf
JENNIFER L. HAMMOND : Chapter 13

## **CERTIFICATION OF NO RESPONSE**

I, John M. Kenney, Esquire, attorney for Debtors, Wayne R. Hammond and Jennifer L. Hammond, hereby certify that as of this 17th day of December, 2018, there has been no response or answer regarding the Application for Compensation dated and served November 12, 2018. It is respectfully requested that the attached proposed Order of Court be presented to the Honorable Eric L. Frank as UNCONTESTED.

I certify under penalty that the foregoing is true and correct.

Date: December 17, 2018         s/ John M. Kenney_____
**John M. Kenney, Esquire**
308 N. Oxford Valley Road
Fairless Hills, PA  19030
(215)547-3031