**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

WAYNE R HAMMOND                                          Chapter 13
JENNIFER L HAMMOND

                 Debtor                          Bankruptcy No. 17-17205-ELF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

     **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

     **ORDERED**, that any wage orders are hereby vacated.

**Date: December 19, 2018**        _____
                                                   Eric L. Frank
                                                   Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN M KENNEY
308 N OXFORD VALLEY RD

FAIRLESS HILLS, PA 19030-


Debtor:
WAYNE R HAMMOND
JENNIFER L HAMMOND
3748 CEDAR CREST ROAD

BENSALEM, PA 19020