United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-17205-elf
Wayne R. Hammond                                                      Chapter 13
Jennifer L. Hammond
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2              Date Rcvd: Dec 19, 2018
                              Form ID: pdf900          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2018.
db/jdb         +Wayne R. Hammond,   Jennifer L. Hammond,   3748 Cedar Crest Road,   Bensalem, PA 19020-1409
14003115       ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
               (address filed with court: Caine Weiner,    Po Box 5010,   Woodland Hills, CA 91365)
14017515       +Harley-Davidson Credit Corp.,   PO Box 9013,   Addison, Texas 75001-9013
14003118       +KML Law Group PC,   701 Market Street,   Suite 5000 BNY Mellon Independence Ctr,
                Philadelphia, PA 19106-1538
14032941       +PA Housing Finance Agy,   c/o Kevin G. McDonald, Esq.,   KML Law Group PC,
                701 Market St., Ste. 5000,   Phila., PA 19106-1541
14003122       +The Bureaus Inc,   1717 Central St,   Evanston, IL 60201-1507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Dec 20 2018 02:45:21     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 20 2018 02:44:50
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 20 2018 02:45:10     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2018 02:50:16     Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14003116       +E-mail/Text: bankruptcy@cavps.com Dec 20 2018 02:45:08     Cavalry Portfolio Serv,
                Po Box 27288,   Tempe, AZ 85285-7288
14031482       +E-mail/Text: bankruptcy@cavps.com Dec 20 2018 02:45:08     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14003117       +E-mail/Text: bankruptcy.notices@hdfsi.com Dec 20 2018 02:45:33     Esb/harley Davidson Cr,
                Po Box 21829,   Carson City, NV 89721-1829
14003119       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 20 2018 02:44:59     Midland Funding,
                2365 Northside Dr Ste 30,   San Diego, CA 92108-2709
14003653       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2018 02:50:45
                PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14003120       +E-mail/Text: blegal@phfa.org Dec 20 2018 02:45:01     Pa Housing Finance Age,   2101 N Front St,
                Harrisburg, PA 17110-1086
14069674       ++E-mail/Text: blegal@phfa.org Dec 20 2018 02:45:02     Pennsylvania Housing Finance Agency,
                211 North Front Street,   Harrisburg, PA 17101-1406
14003121       +E-mail/Text: bankruptcy@savit.com Dec 20 2018 02:45:37     Sa-vit Collection Agen,
                46 W Ferris St,   East Brunswick, NJ 08816-2159
14036651        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 20 2018 02:50:48     Verizon,
                by American InfoSource LP as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
14036928       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 20 2018 02:50:47
                Verizon by American InfoSource LP,   4515 N. Santa Fe Ave.,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14031485*      +Cavalry SPV I, LLC,   500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Randi                Page 2 of 2                  Date Rcvd: Dec 19, 2018
                              Form ID: pdf900            Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2018 at the address(es) listed below:

```
          JOHN M. KENNEY    on behalf of Debtor Wayne R. Hammond jken330@comcast.net,  Kathy@jkenneylaw.com
          JOHN M. KENNEY    on behalf of Joint Debtor Jennifer L. Hammond jken330@comcast.net,
           Kathy@jkenneylaw.com
          KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
           bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

WAYNE R HAMMOND                    Chapter 13
JENNIFER L HAMMOND

          Debtor         Bankruptcy No. 17-17205-ELF

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

    **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

**Date: December 19, 2018**            _____
                                        Eric L. Frank
                                        Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN M KENNEY
308 N OXFORD VALLEY RD

FAIRLESS HILLS, PA 19030-


Debtor:
WAYNE R HAMMOND
JENNIFER L HAMMOND
3748 CEDAR CREST ROAD

BENSALEM, PA 19020