IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Wayne R. Hammond | : | |
| Jennifer L. Hammond | : | |
|     Debtors | : | |
| | : | Bankruptcy No. 17-17205-elf |
| | | |
| Wayne R. Hammond | : | Hearing Date: March 19, 2019 |
| Jennifer L. Hammond | : | Hearing Time: 1:00 P.M. |
|     Movants | | |
| | : | |
|     and | : | US Bankruptcy Court |
| | : | Robert Nix Building |
| William C. Miller | : | 900 Market Street, Suite 400 |
|     Trustee | : | Philadelphia, PA  19107 |
| | : | Courtroom #1 |

## CERTIFICATION OF NO RESPONSE

    I, John M. Kenney, Esquire, attorney for Debtors, Wayne R. Hammond and Jennifer L. Hammond, hereby certifies that as of this 13th day of March, 2019, there has been no response or answer regarding the Motion To Reconsider Dismissing Case dated and served February 15, 2019.  It is respectfully requested that the attached proposed Order of Court be presented to the Honorable Eric L. Frank as UNCONTESTED.

    I certify under penalty that the foregoing is true and correct.

Date: March 13, 2019                        s/ John M. Kenney_____
                                                **John M. Kenney, Esquire**
                                                308 N. Oxford Valley Road
                                                Fairless Hills, PA  19030
                                                (215)547-3031