```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                            Case No. 17-17205-elf
Wayne R. Hammond                                                  Chapter 13
Jennifer L. Hammond
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: Randi              Page 1 of 2          Date Rcvd: Mar 20, 2019
                              Form ID: pdf900          Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2019.
db/jdb         +Wayne R. Hammond,    Jennifer L. Hammond,    3748 Cedar Crest Road,    Bensalem, PA 19020-1409
14003115       ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
               (address filed with court:  Caine Weiner,    Po Box 5010,    Woodland Hills, CA 91365)
14017515       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14003118       +KML Law Group PC,    701 Market Street,    Suite 5000 BNY Mellon Independence Ctr,
                Philadelphia, PA 19106-1538
14032941       +PA Housing Finance Agy,    c/o Kevin G. McDonald, Esq.,    KML Law Group PC,
                701 Market St., Ste. 5000,    Phila., PA 19106-1541
14003122       +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 21 2019 02:26:31     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 21 2019 02:26:02
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 21 2019 02:26:20      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2019 02:23:11     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14003116       +E-mail/Text: bankruptcy@cavps.com Mar 21 2019 02:26:16     Cavalry Portfolio Serv,
                Po Box 27288,    Tempe, AZ 85285-7288
14031482       +E-mail/Text: bankruptcy@cavps.com Mar 21 2019 02:26:16     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14003117       +E-mail/Text: bankruptcy.notices@hdfsi.com Mar 21 2019 02:26:41     Esb/harley Davidson Cr,
                Po Box 21829,    Carson City, NV 89721-1829
14003119       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 21 2019 02:26:07     Midland Funding,
                2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14003653       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2019 02:23:13
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14003120       +E-mail/Text: blegal@phfa.org Mar 21 2019 02:26:10     Pa Housing Finance Age,    2101 N Front St,
                Harrisburg, PA 17110-1086
14069674       ++E-mail/Text: blegal@phfa.org Mar 21 2019 02:26:10     Pennsylvania Housing Finance Agency,
                211 North Front Street,    Harrisburg, PA 17101-1406
14003121       +E-mail/Text: bankruptcy@savit.com Mar 21 2019 02:26:46     Sa-vit Collection Agen,
                46 W Ferris St,    East Brunswick, NJ 08816-2159
14036651        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 21 2019 02:23:43      Verizon,
                by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
14036928       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 21 2019 02:23:43
                Verizon by American InfoSource LP,    4515 N. Santa Fe Ave.,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 14

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14031485*      +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
                                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2019                                          Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Randi                Page 2 of 2              Date Rcvd: Mar 20, 2019
                              Form ID: pdf900            Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2019 at the address(es) listed below:
              JOHN M. KENNEY    on behalf of Debtor Wayne R. Hammond jken330@comcast.net,   Kathy@jkenneylaw.com
              JOHN M. KENNEY    on behalf of Joint Debtor Jennifer L. Hammond jken330@comcast.net,
               Kathy@jkenneylaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| WAYNE R. HAMMOND | : | |
| JENNIFER L. HAMMOND, | : | |
| Debtors | : | Bky. No.  17-17205 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion Requesting that the Court Vacate the Prior Order Dismissing the Bankruptcy Case, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The court's Order dated **December 19, 2018 (Doc. #41)** dismissing this bankruptcy case is **VACATED** and the above captioned bankruptcy case is **REINSTATED** effective upon the entry of this Order.

3. The Debtors shall serve a copy of this Order on all creditors and parties in interest and shall promptly thereafter file a Certification of Service.

**Date: March 20, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**