**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
WAYNE R HAMMOND
JENNIFER L HAMMOND

Chapter 13

Debtor

Bankruptcy No. 17-17205-ELF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: November 6, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN M KENNEY
308 N OXFORD VALLEY RD

FAIRLESS HILLS, PA 19030-

Debtor:
WAYNE R HAMMOND
JENNIFER L HAMMOND
3748 CEDAR CREST ROAD

BENSALEM, PA 19020