United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Wayne R. Hammond                                                      Case No. 17-17205-elf
Jennifer L. Hammond                                                   Chapter 13
            Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi            Page 1 of 2            Date Rcvd: Nov 06, 2019
                             Form ID: pdf900         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2019.
db/jdb       +Wayne R. Hammond,    Jennifer L. Hammond,    3748 Cedar Crest Road,    Bensalem, PA 19020-1409
14003115     ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
               (address filed with court: Caine Weiner,    Po Box 5010,   Woodland Hills, CA 91365)
14017515     +Harley-Davidson Credit Corp.,    PO Box 9013,   Addison, Texas 75001-9013
14003118     +KML Law Group PC,    701 Market Street,    Suite 5000 BNY Mellon Independence Ctr,
               Philadelphia, PA 19106-1538
14032941     +PA Housing Finance Agy,    c/o Kevin G. McDonald, Esq.,    KML Law Group PC,
               701 Market St., Ste. 5000,    Phila., PA 19106-1541
14003122     +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Nov 07 2019 03:54:22    City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBINOTICE1@state.pa.us Nov 07 2019 03:53:55
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 07 2019 03:54:13    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2019 03:50:43    Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14003116     +E-mail/Text: bankruptcy@cavps.com Nov 07 2019 03:54:11    Cavalry Portfolio Serv,
               Po Box 27288,    Tempe, AZ 85285-7288
14031482     +E-mail/Text: bankruptcy@cavps.com Nov 07 2019 03:54:11    Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14003117     +E-mail/Text: bankruptcy.notices@hdfsi.com Nov 07 2019 03:54:29    Esb/harley Davidson Cr,
               Po Box 21829,   Carson City, NV 89721-1829
14003119     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 07 2019 03:54:01    Midland Funding,
               2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14003653     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2019 04:04:33
               PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14003120     +E-mail/Text: blegal@phfa.org Nov 07 2019 03:54:04    Pa Housing Finance Age,    2101 N Front St,
               Harrisburg, PA 17110-1086
14069674     +E-mail/Text: blegal@phfa.org Nov 07 2019 03:54:04    Pennsylvania Housing Finance Agency,
               211 North Front Street,    Harrisburg, PA 17101-1406
14003121     +E-mail/Text: bankruptcy@savit.com Nov 07 2019 03:54:33    Sa-vit Collection Agen,
               46 W Ferris St,    East Brunswick, NJ 08816-2159
14036651      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 07 2019 04:03:06    Verizon,
               by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
14036928     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 07 2019 04:03:31
               Verizon by American InfoSource LP,    4515 N. Santa Fe Ave.,    Oklahoma City, OK 73118-7901
                                                                                      TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14031485*    +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
                                                                        TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                          Signature:  /s/Joseph Speetjens

District/off: 0313-2          User: Randi                Page 2 of 2          Date Rcvd: Nov 06, 2019
                             Form ID: pdf900            Total Noticed: 20

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2019 at the address(es) listed below:
          JOHN M. KENNEY    on behalf of Debtor Wayne R. Hammond jken330@comcast.net,  Kathy@jkenneylaw.com
          JOHN M. KENNEY    on behalf of Joint Debtor Jennifer L. Hammond jken330@comcast.net,
          Kathy@jkenneylaw.com
          KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
          bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
          dmaurer@pkh.com;mgutshall@pkh.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 7

## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    Chapter 13
WAYNE R HAMMOND
JENNIFER L HAMMOND


            Debtor                Bankruptcy No. 17-17205-ELF


# <u>O R D E R</u>


    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.



**Date: November 6, 2019**

_____
                Eric L. Frank
                Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN M KENNEY
308 N OXFORD VALLEY RD

FAIRLESS HILLS, PA 19030-


Debtor:
WAYNE R HAMMOND
JENNIFER L HAMMOND
3748 CEDAR CREST ROAD

BENSALEM, PA 19020